## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**JAMES SHORE**

        *Plaintiff,*

        vs.

**ACE LIMOUSINE AND AIRPORT SERVICE, LLC**

        *Defendant.*

NO. 2:21-CV-03152-JHS

CIVIL ACTION

### STIPULATION OF DISMISSAL

Plaintiff and Defendant, by and through their undersigned counsel, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of actions, and parties, with each party to bear its own attorney's fees and costs.

Respectfully submitted,

**KARPF, KARPF & CERUTTI, P.C.**

*/s/ W. Charles Sipio*
W. Charles Sipio, Esq.
3331 Street Road
Two Greenwood Square, Suite 128
Bensalem, PA 19020
(215)689-0801
*Attorney for Plaintiff*

**DAILEY LLP.**

*/s/ Michael E. Bonner*
Michael E. Bonner, Esq.
Jacqueline M. Woolley, Esq.
218 W. Front Street
Media, PA 19063
(610) 536-6110
*Attorney for Defendant Ace Limousine and Airport Service, LLC.*

Dated: May 11, 2022

**APPROVED** and **SO ORDERED** by the Court this _____ day of _____, 2022.

_____
JOEL H. SLOMSKY, J.
United States District Judge